

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Harles Randle Allison, Appellant

No. 06-25-00007-CR      v.

The State of Texas, Appellee

Appeal from the 371st District Court of Tarrant County, Texas (Tr. Ct. No. 1793757). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find that the appeal should be permanently abated. Therefore, we permanently abate this appeal.

Costs of the appeal are waived.

RENDERED MAY 29, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk